

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-01015-CV

**IN RE EQUIPMENTSHARE.COM, INC** d/b/a EquipmentShare, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                 Irene Rios, Justice
                 Lori I. Valenzuela, Justice

Delivered and Filed: December 20, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

The court has considered the petition for a writ of mandamus filed by relator on November 20, 2023. The court concludes relator is not entitled to the relief sought and relief should be denied. *See* TEX. R. APP. P. 52.8(a). Accordingly, relator's petition for a writ of mandamus is denied.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2020CI18952, styled *Elizabeth Chavez Rayos, et al. v. Catalyst Midstream Partners, et al.*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding.